In the Matter of NORMAN E. ROTH et al., Appellants, v CITY OF SYRACUSE et al., Respondents. (And Other Proceedings.)

Submitted May 31, 2011; decided September 8, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

In the Matter of TERRACE COURT, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. ROBERT KATEL et al., Intervenors-Respondents.

Submitted July 18, 2011; decided September 8, 2011

Motion by New York State Tenants & Neighbors Coalition, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of TERRACE COURT, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. ROBERT KATEL et al., Intervenors-Respondents.

Submitted August 1, 2011; decided September 8, 2011

Motion by Community Housing Improvement Program of New York Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.